**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**INTERNATIONAL MARINE RESEARCH
INSTITUTE, INC.,**

                      **Plaintiff,**

**-vs-**                                                     **Case No. 6:05-cv-626-Orl-31KRS**

**JOHN H. RUMPEL,**

                      **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S DISPOSITIVE MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56 OR, IN THE ALTERNATIVE, MOTION TO DISMISS FOR FAILURE TO STATE A CAUSE OF ACTION UPON WHICH RELIEF MAY BE GRANTED (Doc. No. 46)**
>
> **FILED:** February 10, 2006
> _____

In his response to the pending motion for summary judgment, Defendant John H. Rumpel argued, among other things, that consideration of the motion was premature because discovery had not been completed. Doc. No. 62 at 2. Discovery is now closed, and the deposition of Russell Thomas has been scheduled for May 8, 2006. Accordingly, Defendant Rumpel may file and serve a supplement to his response to the motion for summary judgment on or before May 11, 2006. If Mr. Thomas's deposition has not yet been transcribed,

Defendant Rumpel may proffer Mr. Thomas's testimony in the supplemental response, and file the transcript of the deposition as soon as it is available.[1]

**DONE** and **ORDERED** in Orlando, Florida on May 2, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] The Court will not extend the time for filing the supplemental response if Defendant Rumpel elects to take Mr. Thomas's deposition after May 8, 2006.