**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**INTERNATIONAL MARINE RESEARCH INSTITUTE, INC.,**

        **Plaintiff,**

-vs-                                              **Case No. 6:05-cv-626-Orl-31JGG**

**JOHN H. RUMPEL,**

        **Defendant.**
_____

## ORDER

Upon consideration of Defendant's Renewed Motion for Monetary Sanctions (Doc. 84) and Plaintiff's response thereto (Doc. 88), it is

**ORDERED** that said Motion is GRANTED. Sanctions are hereby imposed against Plaintiff in the amount of $6,217.00, payable to Defendant's counsel within 10 days.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 6, 2006.

                                                          GREGORY A. PRESNELL
                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party