**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**INTERNATIONAL MARINE RESEARCH INSTITUTE, INC.,**

        **Plaintiff,**

-vs-                                **Case No. 6:05-cv-626-Orl-31JGG**

**JOHN H. RUMPEL,**

        **Defendant.**
_____

## ORDER

Upon consideration of John Rumpel's Motion for Reconsideration (Doc. 102) and Plaintiff's response thereto (Doc. 107), it is

**ORDERED** that said Motion is GRANTED. Since Mr. Gass has appeared in this case as a material witness for Plaintiff, he cannot act as its counsel. Fla. Rules of Professional Conduct 4-3.7. Accordingly, Mr. Gass is disqualified as counsel for Plaintiff. Plaintiff shall secure new counsel within 20 days. The trial of this matter is continued until **MONDAY, SEPTEMBER 25, 2006, at 9:00 A.M.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 17, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE